NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMY R. HILL,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3216

---

Petition for review of the Merit Systems Protection Board in No. AT-3443-14-0778-I-1.

---

**ON MOTION**

---

**O R D E R**

The United States Postal Service ("USPS") moves to reform the official caption to designate the Merit Systems Protection Board ("Board") as the respondent, and for an extension of time for the Board to file its response brief 21 days from the date of disposition of this motion. The USPS states that Jimmy R. Hill opposes.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision con-

2                                  HILL v. MSPB

cerns the procedure or jurisdiction of the Board.  The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.  Here, the Board dismissed Hill's appeal for lack of jurisdiction.  Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to reform the caption is granted.  The revised official caption is reflected above.

(2)  The motion for an extension of time to file the response brief is granted to the extent that the Board should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21